UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT CHARLES ERVIN                                        PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:09CV47TSL-JCS

SPRINT COMMUNICATIONS COMPANY,                             DEFENDANTS
L.P., ET AL.

## JUDGMENT

In accordance with the memorandum opinion and order this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Robert Charles Ervin is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 18th day of May, 2009.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE